IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00736-RPM

SABINE STANPHILL,

    Plaintiff,

v.

PRIME GIRARD, LLC;
PRIME ADMINISTRATION LLC;
THE ARTISAN APARTMENTS AND TOWNHOMES,

    Defendants.

_____

ORDER DISMISSING THIRD AND FOURTH CLAIMS FOR RELIEF IN AMENDED COMPLAINT
_____

In the amended complaint filed February 14, 2014, [5] the plaintiff includes claims for negligence in the third and fourth claims for relief.  The defendants moved to dismiss those claims under Fed. R. Civ. P. 12(b)(6).  Upon consideration of the allegations of the amended complaint, the plaintiff's response to the motion to dismiss and the defendants' reply, it is

ORDERED that the third and fourth claims for relief in the plaintiff's amended complaint are dismissed.

DATED:  April 22nd, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge