IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00736-RPM

SABINE STANPHILL,

    Plaintiff,

v.

PRIME GIRARD, LLC;
PRIME ADMINISTRATION LLC;
THE ARTISAN APARTMENTS AND TOWNHOMES,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [20] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

    DATED:  December 30th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge